Exhibit B

ATTENTION: We have recently added a Help Desk Issue Tracking System. Should you encounter any odd system behavior please report it immediately to Help Desk



A service of DBH Resources, Inc.

Session Timeout: 20 minutes

Main Menu :: Users :: Exit Secure Builder Area :: You are Logged in as: **pageantry**
Aventine :: Project Summary :: Allocation Chart :: Templates & Forms

## Project Summary

| | | | |
|---|---|---|---|
| **Project:** | Aventine | | |
| **City, State Zip:** | Las Vegas, NV | | |
| **General Contractor** | CAMS Construction Corp.<br>1333 No. Buffalo Dr.<br>Las Vegas, NV, 89128<br>702-365-5050<br>702-365-8586<br>Bill Hoover | **Broker:** | Brown & Brown - Henderson, NV<br>2340 Corporate Circle, 2nd Floor, Henderso<br>702-597-5110<br>702-597-0159<br>SColegrove@bblasvegas.com<br>Steve Colgrove |
| **Developer** | Town Center Ventures, LLC<br>1333 Buffalo Dr.<br>Las Vegas, NV, 89128<br>702-365-8588<br>702-365-8587<br>Sullivan Richardson | **Builder:** | Pageantry Communities<br>1333 North Buffalo Drive, Suite 220<br>Las Vegas, NV, 89128<br>702-365-5050<br>702-365-8586<br>pci@lvcm.com<br>Phil Bullis |
| **Land Owner:** | Town Center Ventures, LLC<br>1333 Buffalo Dr.<br>Las Vegas, NV, 89128<br>702-365-8588<br>702-365-8587<br>Sullivan Richardson | **# of Units:** | 0 |
| | | **Project Type:** | Single Family - Mixed |
| **OCIP Coverage:** | $1,000,000.00 / $2,000,000.00 / $1,000,000.00 | **Contract Date:** | Not Defined |

| Phase | Hard Construction Costs | Start Date |
|---|---|---|
| Phase 1 | | 8/3/2003 |
| Phase 2 | | 11/3/2003 |
| Phase 3 | | 4/4/2003 |
| Phase 4 | | 8/4/2003 |
| Phase 5 | | 12/4/2003 |
| Total: | | Completion Date: |

**Total Premium Basis:**                                      **Projected Recovery:**
                                                              **Percentage:**

Project Sub-Contractors                                                           Add a Sub-Co

Access Technologies (3018) (Entry Gates)
American Asphalt & Grading Co. (3145) (Asphalt Paving)
AMPAM/RCR Plumbing (2747) (Plumbing)
Arc Electric (2915) (HVAC)
Avanti Door Group (3006) (Finish Carpentry)
Avanti Door Group (3007) (Shutters)
Bair's Carpet (2938) (Floor Coverings)
Brandon Iron, Inc. (3143) (Fences)
C & W Cleaning (2914) (Clean-Up Finish)

- Centurion Security System (2735) (Pre-wire)
- Closet Masters (2948) (Shelving)
- Coast West Plumbing, Inc. (4086) (Plumbing)
- Constant Lighting (2916) (Light Fixtures)
- Custom Hearth Distributors, Inc. (2787) (Fireplaces (Metal))
- D & L Framing (2680) (Framing)
- Dan Bradley's Glass Shop, Inc. (2939) (Shower Enclosures)
- Desert Rain - Enviro Scape (3169) (Landscaping)
- Distinctive Framing (3734) (Framing)
- Distinctive Marble, Inc. (3063) (Cultured Marble Tops)
- Distinctive Marble, Inc. (2893) (Countertops)
- H & B Construction (2958) (Curb & Gutter)
- Harrison Door Company (6138) (Garage Doors)
- High Energy Electric (2877) (Electrical)
- Jaylee Development LLC (3423) (Playground Equipment)
- Keegan Engineering, P.C. (2967) (Structural Engineer)
- Masonry by Bob Marks (3692) (Masonry)
- Masonry by Bob Marks (2892) (Retaining wall)
- Metro Electric (2779) (Electrical)
- Motivational Systems, Inc. (3682) (Signage)
- Nevada Stairs, Inc. (2895) (Stairs)
- Nevada State Plastering (2786) (Stucco)
- New Crete (3047) (Deck Waterproofing)
- Norpac Construction LLC (2681) (Concrete)
- Pacific Drywall & Paint (3591) (Drywall)
- Pacific Drywall & Paint (3592) (Painting)
- Personal Touch Interiors (2940) (Window Coverings)
- Pipes Paving (2401) (Grading/Paving)
- Pipes Paving (2992) (Grading/Paving)
- Pools by Grube (2688) (Pool & Spa)
- Quality Cabinets (2736) (Cabinets)
- R. W. Stucco, Inc. (3406) (Stucco)
- San Gabriel, Inc. (7308) (Drywall)
- San Gabriel, Inc. (7309) (Painting)
- Sears Contract Sales (2951) (Appliances)
- State Insulation (2755) (Insulation)
- Summit Drywall & Paint (2785) (Drywall)
- Summit Drywall & Paint (2737) (Painting)
- Sunrise Mechanical, Inc. (2678) (HVAC)
- United Rentals Highway Tech (3172) (Striping)
- Vazzana Underground (3393) (Sewer & Water)
- Vazzana Underground (2569) (Sewer Systems)
- West Coast Framing (4621) (Framing)
- WestCor Windows & Patio Door (2734) (Windows)
- Western Pipeline Construction Corp. (2777) (Sewer & Water)
- Willis Roofing Co., Inc. (2679) (Roofing)

Sub Contractor Total

Your Enrollment Specialist: Nancy Assenga

Created by: 7/1/2003 7:40:11 PM CST  Edited By: dhillman864  1/23/2007 6:53:37 PM CST

For general questions contact DBH Resources, Inc.
3415 S. Sepulveda Blvd., Suite 900, Los Angeles, CA 90034, Toll-free 877-222-4777, Tel. 310-398-5697, Fax 310-398-2968

A service of DBH Resources, Inc.

© 1999 - 2006 DBH Resources, Inc. ()
(TX)

This page took 0.6563 seconds to load