Exhibit C

WrapUp.net                                                                 Page 1 of 2

ATTENTION: We have recently added a Help Desk Issue Tracking System. Should you encounter any odd system behavior please report it immediately to Help Desk



A service of DBH Resources, Inc.

Main Menu :: Exit Secure Builder Area :: You are Logged in as: pageantry
Tramonti :: Project Summary :: Allocation Chart :: Templates & Forms

## Project Summary

| | | | |
|---|---|---|---|
| Project: | Tramonti | | |
| City, State Zip: | Las Vegas, NV | | |
| General Contractor | CAMS Construction Corp. 702-365-5050 | Broker: | Brown & Brown - Henderson, NV 702-597-5110 |
| Developer | Town Center Ventures, LLC 702-365-8588 | # of Units: | 0 |
| Land Owner: | Town Center Ventures, LLC 702-365-8588 | Project Type: | Attached Housing |
| OCIP Coverage: | $1,000,000.00 / $2,000,000.00 / $1,000,000.00 | Contract Date: | Not Defined |

| Phase Total: | Hard Construction Costs | $0.00 | Start Date Completion Date: | End Date Not Defined |
|---|---|---|---|---|
| Total Premium Basis: | | | Projected Recovery: Percentage: | |

### Project Sub-Contractors                                    Add a Sub-Contractor

| Sub-Contractor | |
|---|---|
| Avanti Door Group (3408) (Shutters) | Request Change |
| Avanti Door Group (2894) (Carpentry) | Request Change |
| Avanti Door Group (2882) (Finish Carpentry) | Request Change |
| Bair's Carpet (2945) (Floor Coverings) | Request Change |
| Brandon Iron, Inc. (2727) (Wrought Iron) | Request Change |
| C & W Cleaning (2917) (Clean-Up Finish) | Request Change |
| Centurion Security Systems (2728) (Alarm) | Request Change |
| Closet Masters (2947) (Shelving) | Request Change |
| Constant Lighting (2918) (Light Fixtures) | Request Change |
| Custom Hearth Distributors, Inc. (2788) (Fireplaces (Metal)) | Request Change |
| Custom Hearth Distributors, Inc. (7516) (Garage Doors) | Request Change |
| D & L Framing (2682) (Framing) | Request Change |
| Dan Bradley's Glass Shop, Inc. (2942) (Shower Enclosures) | Request Change |
| Distinctive Framing (3698) (Framing) | Request Change |
| Distinctive Marble, Inc. (2890) (Countertops) | Request Change |
| Distinctive Marble, Inc. (3161) (Cultured Marble) | Request Change |
| Johnson Electric (2726) (Electrical) | Request Change |
| Keegan Engineering, P.C. (2969) (Structural Engineer) | Request Change |
| Masonry by Bob Marks (2891) (Masonry Veneer) | Request Change |
| Metro Electric (4058) (Electrical) | Request Change |
| Motivational Systems, Inc. (3681) (Signage) | Request Change |
| Nevada Gypsum Floors, Inc. (2782) (Light Weight Concrete) | Request Change |
| Nevada State Plastering (2783) (Stucco) | Request Change |
| New Crete (2946) (Deck Waterproofing) | Request Change |
| Norpac Construction LLC (2683) (Concrete) | Request Change |
| Pacific Drywall & Paint (3593) (Drywall) | Request Change |
| Pacific Drywall & Paint (3594) (Painting) | Request Change |
| Pearson Trenching (3426) (Hard Dig) | Request Change |
| Personal Touch Interiors (2941) (Window Coverings) | Request Change |
| Pioneer Overhead Doors (2902) (Garage Doors) | Request Change |
| Quality Cabinets (2746) (Cabinets) | Request Change |
| R. W. Stucco, Inc. (3407) (Stucco) | Request Change |
| Rising Sun Plumbing, LLC (2677) (Plumbing) | Request Change |
| San Gabriel, Inc. (8711) (Drywall) | Request Change |
| San Gabriel, Inc. (8769) (Painting) | Request Change |
| Sears Contract Sales (2952) (Appliances) | Request Change |
| Skyline Insulation (2781) (Insulation) | Request Change |

http://app.wrapup.net/app/BuilderManageProject.asp?ProjectID=177                1/23/2007

WrapUp.net

| | |
|---|---|
| Summit Drywall & Paint (2724) (Painting) | Request Change |
| Summit Drywall & Paint (2725) (Drywall) | Request Change |
| Sunrise Mechanical, Inc. (2605) (HVAC) | Request Change |
| Superior Tile & Marble, Inc. (3271) (Corian & Granite Upgrades) | Request Change |
| West Coast Framing (4092) (Framing) | Request Change |
| WestCor Windows & Patio Door (2729) (Window Materials) | Request Change |
| Willis Roofing Co., Inc. (2684) (Roofing) | Request Change |
| Zepeda Bros. Paint & Drywall (7310) (Drywall) | Request Change |
| Zepeda Bros. Paint & Drywall (7565) (Painting) | Request Change |
| Sub Contractor Total | |

For general questions contact DBH Resources, Inc.
3415 S. Sepulveda Blvd., Suite 900, Los Angeles, CA 90034, Toll-free 877-222-4777, Tel. 310-398-5697, Fax 310-398-2968

A service of DBH Resources, Inc.

© 1999 - 2006 DBH Resources, Inc. ()
(TX)

This page took 0.1563 seconds to load