BRIAN VANDERHOOF
(NEVADA STATE BAR NO. 10463)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:  bvanderhoof@rmkb.com

NEIL B. DURRANT
(NEVADA STATE BAR NO. 7324)
JOHNS & DURRANT LLP
316 E. Bridger Avenue, Second Floor
Las Vegas, Nevada 89101
Tel: (702) 834-5000
Fax: (702) 834-5001
Email: ndurrant@johnsdurrantlaw.com

Attorneys for Plaintiff Everest Indemnity Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVEREST INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AVENTINE-TRAMONTI HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; and DOE HOMEOWNERS' 1 through 500, TOWN CENTER VENTURES, LLC, a Nevada limited liability company; CAMS CONSTRUCTION CORPORATION, a Nevada corporation; ACCESS TECHNOLOGIES; AMERICAN ASPHALT & GRADING CO.; AMPAM/RCR PLUMBING; ARC ELECTRIC; AVANTI DOOR GROUP; BAIR'S CARPET; BRANDON IRON, INC.; C&W CLEANING; CENTURION SECURITY SYSTEM; CLOSET MASTERS; COAST WET PLUMBING, INC.; CONSTANT LIGHTING; CUSTOM HEALTH DISTRIBUTORS, INC.; D & L FRAMING; DAN BRADLEY'S GLASS SHOP, INC.; | CASE NO. 2-09-cv-1672-RCJ-RJJ<br><br>{Assigned to Judge Robert C. Jones and Magistrate Judge Robert J. Johnston. (AXM)}<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER** |

RC1/5619279.3/AG — - 1 - — STIPULATION TO MODIFY SCHEDULING ORDER

| | |
|---|---|
| 1 | DESERT RAIN- ENVIRO SCAPE; DISTINCTIVE FRAMING; |
| 2 | DISTINCTIVE MARBLE, INC.; JOHNSON ELECTRIC; H & B |
| 3 | CONSTRUCTION; HARRISON DOOR COMPANY; HIGH ENERGY |
| 4 | ELECTRIC; JAYLEE DEVELOPMENT, LLC.; KEEGAN ENGINEERING, P.C.; |
| 5 | MASONRY BY BOB MARKS; METRO ELECTRIC; MOTIVATIONAL |
| 6 | SYSTEMS, INC.; NEVADA GYPSUM FLOORS, INC; NEVADA STAIRS, INC.; |
| 7 | NEVADA STATE PLASTERING; NEW CRETE; NORPAC CONSTRUCTION |
| 8 | LLC; PACIFIC DRYWALL & PAINT; PEARSON TRENCHING; PERSONAL |
| 9 | TOUCH INTERIORS; PIONEER OVERHEAD DOORS; PIPES PAVING; |
| 10 | POOLS BY GRUBE; QUALITY CABINETS; R. W. STUCCO, INC.; |
| 11 | RISING SUN PLUMBING, LLC.; SAN GABRIEL, INC.; SEARS CONTRACT |
| 12 | SALES; SKYLINE INSULATION; STATE INSULATION; SUMMIT |
| 13 | DRYWALL & PAINT; SUNRISE MECHANICAL, INC.; SUPERIOR TILE |
| 14 | & MARBLE, INC.; UNITED RENTALS HIGHWAY TECH; VAZZANA |
| 15 | UNDERGROUND; WEST COAST FRAMING; WESTCOR WINDOWS & |
| 16 | PATIO DOOR; WESTERN PIPELINE CONSTRUCTION CORP.; WILLIS |
| 17 | ROOFING CO., INC.; ZEPEDA BROS. PAINT & DRYWALL |
| 18 | |
| 19 | Defendants. |

## STIPULATION TO MODIFY SCHEDULING ORDER

Plaintiff Everest Indemnity Insurance Company and all Defendants who have appeared in this action, by and through their respective counsel, *stipulate to modify the Scheduling Order* by extending all remaining discovery and motion dates for at least 120 days, and hereby jointly request the Court to modify the Scheduling Order as follows:

1. Discovery in this action shall be completed on or before **January 5, 2011** (continued from August 30, 2010).

RC1/5619279.3/AG — - 2 - — STIPULATION TO MODIFY SCHEDULING ORDER

2. Disclosures specified in Fed. R. Civ. P. 26 (a)(1) shall be made on or before **July 30, 2010** (no date specified in the Scheduling Order).

3 Disclosures specified in Fed. R. Civ. P. 26 (a)(2) shall be made on or before **October 29, 2010** (continued from June 30, 2010) and disclosures respecting rebuttal experts shall be made on or before **November 30, 2010** (continued from July 30, 2010).

4. On or before **October 29, 2010** (continued from June 30, 2010), the parties shall file an Interim Status Report as required by LR 26-3, stating the time estimated for trial, three alternative dates for trial and whether or not trial will be proceeding or affected by substantive motions.

5. Dispositive motion in this matter should be filed on or before **February 4, 2011** (continued from September 30, 2010).

6. If no dispositive motions have been filed within the time frame specified in the Court's Modified Scheduling Order, then the parties shall file a written, joint proposed Pretrial Order by **February 4, 2011** (continued from September 30, 2010). If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

7. Nothing in this Stipulation shall be construed to preclude any party from later making a request to the Court to further modify the Scheduling Order or any other motions.

**Good cause exists** for extending all discovery and motion deadlines because (1) the counsel for seven Pageantry entities ("Pageantry") who acted as general contractor and developer for the construction of the project, the alleged construction deficiencies of which give rise to the underlying action and to this interpleader action, has advised counsel for Everest Indemnity Insurance Company ("EIIC") that Pageantry has stated an intent to file for bankruptcy; (2) the counsel for Pageantry has filed a motion to withdraw, the hearing on which has been set for **July 13, 2010**; (3) to this date Pageantry has not responded to discovery propounded by EIIC. The responses were due May 26, 2010; (4) Pageantry entities are the only entities sued in the underlying action and as a result, its anticipated bankruptcy filing and withdrawal of its counsel

RC1/5619279.3/AG

- 3 -

STIPULATION TO MODIFY SCHEDULING ORDER

has significant impact on the events and deadlines in this action; (5) an overwhelming majority of the parties have not yet made initial disclosures pursuant to Fed. R. Civ. P 26 (a)(1) in part because the Scheduling Order did not set a deadline for such disclosures and because of the sheer number of defendants in this action which were served at different times; (6) defendants Pipes Paving and Rising Sun Plumbing each filed a motion for leave to file a counterclaim and the Court has not yet issued a ruling in connection with those motions; and (7) all defendants (except for the Association and Pageantry) have been named in the interpleader action because of their potential liability for the construction defects and deficiencies at the project. However, none of those defendants (except Pageantry) have yet been sued in the underlying action. Currently, a motion to amend the underlying complaint has been filed to add Rising Sun Plumbing, RCR and Coast West Plumbing. An overwhelming majority of defendants named in the interpleader action do not yet know the nature, scope or extent of liability or damages they may face in connection with the underlying action.

**This is the first request** of the parties to extend discovery and motion deadlines. No prior extensions have been requested by any party.

The parties understand that the Court's Scheduling Order mandates that any motion or stipulation to extend discovery shall be received by the Court at least twenty (20) days prior to the date fixed for completion of discovery by the Scheduling Order. The parties realize that this stipulation may be untimely as to disclosures pursuant to Fed. R. Civ. P. 26(a). However, the factors mentioned above and the difficulty (due to sheer number of the parties and conflicting schedules of counsel) and the attendant delay in arranging a telephonic conference to meet and confer (which occurred on June 28, 2010) regarding the various discovery and related issues favor the Court's entering an order upon the stipulation of the parties to modify the Scheduling Order. In the alternative, the parties request that the Court set a Scheduling Conference as soon as possible.

| | |
|---|---|
| Dated: June 29, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: /S/ Brian Vanderhoof<br>BRIAN VANDERHOOF<br>Attorneys for Plaintiff EVEREST<br>INDEMNITY INSURANCE COMPANY |
| Dated: June 29, 2010 | JOHNS & DURRANT LLP<br><br>By:<br>/s/ Neil B. Durrant<br>NEIL B. DURRANT<br>Attorneys for Plaintiff EVEREST<br>INDEMNITY INSURANCE COMPANY |
| Dated: June 29, 2010 | GREENBERG TRAURIG<br><br>By:<br>/S/ Mark Ferrario<br>MARK FERRARIO<br>TAMI COWDEN<br>Attorneys for Defendants and Counterclaimant<br>Town Center Ventures, LLC; Cams Construction Corporation; Pageantry Communities, Inc.; Pageantry Development; Pageantry Realty, Inc.; Pageantry Residential. LLC.; Premier Construction Corp. |
| Dated: June 29, 2010 | HANSEN RASMUSSEN, LLC<br><br>By:<br>/S/ Scott Rasmussen<br>SCOTT RASMUSSEN<br>TONY M. MAY<br>Attorneys for Nevada Gypsum Floors, Inc. and Western Pipeline Construction Corporation |

RC1/5619279.3/AG

- 5 -

STIPULATION TO MODIFY SCHEDULING ORDER


Dated: June 29, 2010

LAW OFFICES OF JOHN AND ELIZABETH FOLEY

By: /S/ Elizabeth J. Foley
ELIZABETH J. FOLEY
Attorneys for The Avanti Door Group

Dated: June 29, 2010

CANEPA, RIEDY & RUBINO

By: /S/ Terry W. Reidy
TERRY W. RIEDY
Attorneys for Aventine-Tramonti Homeowners Association

Dated: June 29, 2010

FARMER CASE & FEDOR

By: /S/ Anthony T. Case
ANTHONY T. CASE
KATHRYN I. HOLBERT
Attorneys for Defendant Bair's Carpet

Dated: June 29, 2010

RICHARD L. TOBLER, LTD.

By: /S/ Richard L. Tobler
RICHARD L. TOBLER
Attorneys for Defendant Nevada Stairs Inc.

Dated: June 29, 2010

LAW OFFICES OF HAYES & WELSH

By: /S/ Martin L. Walsh
MARTIN L. WELSH
Attorneys for American Asphalt & Grading Company

RC1/5619279.3/AG

- 6 -

STIPULATION TO MODIFY SCHEDULING ORDER

Dated: June 29, 2010                ROBERTSON . CLARK, LLP

By:
/S/ Courtney E. Leverty
COURTNEY E. LEVERTY
Attorneys for Defendant, Nevada State Plastering

Dated: June 29, 2010                MARQUIZ LAW OFFICE

By:
/S/ Craig A. Marquiz
Craig A. Marquiz
Attorneys for Rising Sun Plumbing, LLC

Dated: June 29, 2010                GORDON & REES

By:
/S/ Keith C. Cramer
KEITH C. CRAMER
Attorneys for San Gabriel, Inc.

Dated: June 29, 2010                HELM & ASSOCIATES

By:
/S/ Kevin E. Helm
KEVIN E. HELM
Attorneys for Defendant Pipes Paving

**ORDER**

**IT IS SO ORDERED.**

DATE: _____          _____
                               Magistrate Judge Robert J. Johnston

RC1/5619279.3/AG         - 7 -         STIPULATION TO MODIFY SCHEDULING ORDER