BRIAN VANDERHOOF
(NEVADA STATE BAR NO. 10463)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: bvanderhoof@rmkb.com

NEIL B. DURRANT
(NEVADA STATE BAR NO. 7324)
JOHNS & DURRANT LLP
316 E. Bridger Avenue, Second Floor
Las Vegas, Nevada 89101
Tel: (702) 834-5000
Fax: (702) 834-5001
Email: ndurrant@johnsdurrantlaw.com

Attorneys for Plaintiff Everest Indemnity Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVEREST INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AVENTINE-TRAMONTI HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; and DOE HOMEOWNERS' 1 through 500, TOWN CENTER VENTURES, LLC, a Nevada limited liability company; CAMS CONSTRUCTION CORPORATION, a Nevada corporation; ACCESS TECHNOLOGIES; AMERICAN ASPHALT & GRADING CO.; AMPAM/RCR PLUMBING; ARC ELECTRIC; AVANTI DOOR GROUP; BAIR'S CARPET; BRANDON IRON, INC.; C&W CLEANING; CENTURION SECURITY SYSTEM; CLOSET MASTERS; COAST WET PLUMBING, INC.; CONSTANT LIGHTING; CUSTOM HEALTH DISTRIBUTORS, INC.; D & L FRAMING; DAN BRADLEY'S GLASS SHOP, INC.; | CASE NO. 2-09-cv-1672-RCJ-RJJ<br><br>{Assigned to Judge Robert C. Jones and Magistrate Judge Robert J. Johnston. (AXM)}<br><br>**JOINT INTERIM STATUS REPORT** |

| | |
|---|---|
| 1 | DESERT RAIN- ENVIRO SCAPE; DISTINCTIVE FRAMING; |
| 2 | DISTINCTIVE MARBLE, INC.; JOHNSON ELECTRIC; H & B |
| 3 | CONSTRUCTION; HARRISON DOOR COMPANY; HIGH ENERGY |
| 4 | ELECTRIC; JAYLEE DEVELOPMENT, LLC.; KEEGAN ENGINEERING, P.C.; |
| 5 | MASONRY BY BOB MARKS; METRO ELECTRIC; MOTIVATIONAL |
| 6 | SYSTEMS, INC.; NEVADA STAIRS, INC.; NEVADA STATE PLASTERING; |
| 7 | NEW CRETE; NORPAC CONSTRUCTION LLC; PACIFIC |
| 8 | DRYWALL & PAINT; PEARSON TRENCHING; PERSONAL TOUCH |
| 9 | INTERIORS; PIONEER OVERHEAD DOORS; PIPES PAVING; POOLS BY |
| 10 | GRUBE; QUALITY CABINETS; R. W. STUCCO, INC.; RISING SUN |
| 11 | PLUMBING, LLC.; SAN GABRIEL, INC.; SEARS CONTRACT SALES; |
| 12 | SKYLINE INSULATION; STATE INSULATION; SUMMIT DRYWALL & |
| 13 | PAINT; SUNRISE MECHANICAL, INC.; SUPERIOR TILE & MARBLE, INC.; |
| 14 | UNITED RENTALS HIGHWAY TECH; VAZZANA UNDERGROUND; WEST |
| 15 | COAST FRAMING; WESTCOR WINDOWS & PATIO DOOR; WESTERN |
| 16 | PIPELINE CONSTRUCTION CORP.; WILLIS ROOFING CO., INC.; ZEPEDA |
| 17 | BROS. PAINT & DRYWALL |
| 18 | Defendants. |

On June 28, 2010, a telephonic conference was held among counsel for Plaintiff Everest Indemnity Insurance Company ('EIIC") and counsel for several defendants to meet and confer regarding the Interim Status Report pursuant to Local Rule 26-3.

During the telephonic conference, the parties agreed that it is premature at this time to address the issues required by Local Rule 26-3. The discovery is in initial stage and the parties are unable to provide the time estimated for trial or three alternative dates for trial or whether or not trial will be proceeding or affected by substantive motions. The parties have entered into a Stipulation to Modify the Scheduling Order)to allow the parties reasonable time and opportunity

to conduct and complete meaningful discovery and dispositive motions.

As set forth in detail in the Stipulation to Modify Scheduling Order, several factors have resulted in delay in conducting discovery which necessitate extending all discovery and motion deadlines. Those factors include, but are not limited to:

(1)  The counsel for seven Pageantry entities ("Pageantry") who acted as general contractor and developer for the construction of the project, the alleged construction deficiencies of which give rise to the underlying action and to this interpleader action, has advised counsel for Everest Indemnity Insurance Company ("EIIC") that Pageantry has stated an intent to file for bankruptcy in the near future;

(2)  The counsel for Pageantry has filed a motion to withdraw, the hearing on which has been set for **July 13, 2010**;

(3)  To this date Pageantry has not responded to discovery propounded by EIIC. The responses were due May 26, 2010;

(4)  Pageantry entities are the only entities sued in the underlying action (as of this date) and as a result, its anticipated bankruptcy filing and withdrawal of its counsel will no doubt have significant impact on the events and deadlines in this action;

(5)  An overwhelming majority of the parties have not yet made initial disclosures pursuant to Fed. R. Civ. P 26 (a)(1) in part because the Scheduling Order did not set a deadline for such disclosures and because of the sheer number of defendants in this action which were served at different times;

(6)  Defendants Pipes Paving, Rising Sun Plumbing LLC, and Nevada Stairs, Inc. each filed a motion for leave to file a counterclaim and the Court has not yet issued a ruling in connection with those motions; and

(7)  All the insureds under the EIIC policy have been named as defendants in the interpleader action because of their potential liability for the construction defects and deficiencies at the project. However, none of those defendants (except Pageantry) have yet been sued in the underlying action. Currently, a motion to amend the underlying complaint has been filed to add Rising Sun Plumbing, RCR and Coast West Plumbing. An overwhelming majority of defendants

named in the interpleader action do not yet know the nature, scope or extent of liability or damages they may face in connection with the underlying action.

Therefore, this Court should continue the date for the filing of the Interim Status Report required by Local Rule 26-3 to **October 29, 2010** or thereafter.

| | | |
|---|---|---|
| Dated: June 30, 2010 | | ROPERS, MAJESKI, KOHN & BENTLEY |

By: /S/ Brian Vanderhoof
BRIAN VANDERHOOF
Attorneys for Plaintiff EVEREST
INDEMNITY INSURANCE COMPANY

Dated: June 30, 2010          JOHNS & DURRANT LLP

By:
/s/ Neil B. Durrant
NEIL B. DURRANT
Attorneys for Plaintiff EVEREST
INDEMNITY INSURANCE COMPANY

Dated: June 30, 2010          GREENBERG TRAURIG

By:
/S/ Tami Cowden
MARK FERRARIO
TAMI COWDEN
Attorneys for Defendants and
Counterclaimant
Town Center Ventures, LLC; Cams
Construction Corporation; Pageantry
Communities, Inc.; Pageantry
Development; Pageantry Realty, Inc.;
Pageantry Residential. LLC.; Premier
Construction Corp.

Dated: June 30, 2010          HANSEN RASMUSSEN, LLC

By:
/S/ Tony May
SCOTT RASMUSSEN
TONY M. MAY
Attorneys for Nevada Gypsum Floors, Inc.
and Western Pipeline Construction
Corporation

| | | |
|---|---|---|
| 1 | Dated: June 30, 2010 | LAW OFFICES OF JOHN AND ELIZABETH FOLEY |
| 2 | | |
| 3 | | |
| 4 | | By: /S/ Elizabeth J. Foley |
| 5 | | ELIZABETH J. FOLEY<br>Attorneys for The Avanti Door Group |
| 6 | | |
| 7 | Dated: June 30, 2010 | CANEPA, RIEDY & RUBINO |
| 8 | | |
| 9 | | By: /S/ Terry W. Riedy |
| 10 | | TERRY W. RIEDY<br>Attorneys for Aventine-Tramonti Homeowners Association |
| 11 | | |
| 12 | Dated: June 30, 2010 | FARMER CASE & FEDOR |
| 13 | | |
| 14 | | By: /S/ Kathryn I. Holbert |
| 15 | | ANTHONY T. CASE<br>KATHRYN I. HOLBERT<br>Attorneys for Defendant Bair's Carpet |
| 16 | | |
| 17 | | |
| 18 | Dated: June 30, 2010 | RICHARD L. TOBLER, LTD. |
| 19 | | |
| 20 | | By: /S/ Richard L. Tobler |
| 21 | | RICHARD L. TOBLER<br>Attorneys for Defendant Nevada Stairs Inc. |
| 22 | | |
| 23 | Dated: June 30, 2010 | LAW OFFICES OF HAYES & WELSH |
| 24 | | |
| 25 | | By: /S/ Martin L. Welsh |
| 26 | | MARTIN L. WELSH<br>Attorneys for American Asphalt & Grading Company |
| 27 | | |
| 28 | | |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RC1/5618647.1/TM1

JOINT INTERIM STATUS REPORT

Dated: June 30, 2010

ROBERTSON . CLARK, LLP

By:
/S/ Courtney E. Leverty
COURTNEY E. LEVERTY
Attorneys for Defendant, Nevada State Plastering

Dated: June 30, 2010

MARQUIZ LAW OFFICE

By:
/S/ Craig A. Marquiz
Craig A. Marquiz
Attorneys for Rising Sun Plumbing, LLC

Dated: June 30, 2010

GORDON & REES

By:
/S/ Keith C. Cramer
KEITH C. CRAMER
Attorneys for San Gabriel, Inc.

Dated: June 30, 2010

HELM & ASSOCIATES

By:
/S/ Kevin E. Helm
KEVIN E. HELM
Attorneys for Defendant Pipes Paving