UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| EVEREST INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 2:09-cv-1672-RCJ-RJJ |
| vs. | ) ) | |
| AVENTINE-TRAMONTI HOMEOWNERS ASSOCIATION, etc., *et al.*, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on December 17, 2010, and February 12, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  10th  day of November, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge